**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 1:07-CR-53-HAB-ALT |
| JIMMY L SEWELL, et al., | |
| Defendants. | |

## OPINION AND ORDER

The Court is in receipt of Defendant Jimmy Sewell's letter (ECF No. 392) in which he once again requests the Court reduce his sentence under the First Step Act of 2018 as well as appoint counsel.

On October 9, 2025, this Court revoked Sewell's term of supervised release and imposed a sentence of 60 months' imprisonment with no new term of supervised release to follow. (ECF No. 368). On October 15, 2025, Sewell filed a Notice of Appeal (ECF No. 369), appealing the Revocation Judgment.

Less than two months ago, Sewell made the same requests in a letter to the Court (ECF Nos. 390, 391) which he makes in the letter at hand, which the Court must deny for the same reasons. Because of the active appeal pending with the Seventh Circuit Court of Appeals, this Court is presently without jurisdiction. *See United States v. Ellison*, 557 F.2d 128, 132 (7th Cir. 1977) ("Ordinarily, the filing of a timely notice of appeal from a final judgment ousts the district court of jurisdiction to proceed further in the case except in aid of appeal."); *United States v. McHugh*, 528 F.3d 538, 540 (7th Cir. 2008) ("The filing of a notice of appeal is an event of

jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982))). Nothing in the intervening two months since Sewell last wrote to the Court has changed the fact that it does not have jurisdiction over his case and cannot afford him the relief he seeks.

Because the Court lacks jurisdiction, the requested relief in Sewell's letter (ECF No. 392) is DENIED.

**SO ORDERED** this 7th day of July 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT